**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**633 S. ANDREWS AVE., SUITE 500**
**FORT LAUDERDALE, FL 33301**                    **MEMO ENDORSED**
**PH: (954) 745-0588**

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

July 14, 2022

**VIA CM/ECF**
Honorable Judge Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The parties' request for a 14-day extension of time to file a stipulation of dismissal to July 28, 2022 is GRANTED. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: July 14, 2022
> New York, New York

    Re:   *Juscinska v. WO USA INC., et al.*
           *SDNY Case No.: 1:22-cv-01550*

Dear Judge Ramos:

    This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. As of today, the parties have not finalized a settlement agreement. As such the parties respectfully request additional time to finalize the documents, specifically an additional fourteen (14) days in which to file a stipulation of dismissal. This motion is made in good faith, not for purposes of delay, and will not unfairly prejudice the Court or the parties.

    We thank the Court for your time and consideration in this matter.

    Respectfully Submitted,

    **Law Offices of Nolan Klein, P.A.**

    By:   */s/ Nolan Klein*
           NOLAN KLEIN (NK4223)

NKK/amd
cc: Michael Ferrari, Esq. (via ECF)